**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BALTAZAR GUERRA CARRILLO,** | : | **Case No. 1:26-cv-450** |
| | : | |
| **Petitioner,** | : | **District Judge Susan J. Dlott** |
| | : | |
| vs. | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, | : | |
| | : | |
| **Respondents.** | | |

---

**ORDER**

---

Petitioner, Baltazar Guerra Carrillo, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Guerra Carrillo from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the

---

[1] The Court's directive applies with equal force to any individual, group, or

Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to promptly note proof of such service on the docket. Counsel for Respondents shall promptly file a notice of appearance.

It is further **ORDERED** that Respondents shall file a return of writ within **seven (7) days** of the date of service and, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after service of the return of writ.

**IT IS SO ORDERED.**

May 6, 2026                         S/Susan J. Dlott
                                       SUSAN J. DLOTT
                                       United States District Judge

entity working in concert with or on behalf of Respondents.